## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CARLOS UMBERTO GOMEZ TORRES
REG. #39925-180                                                                                           PLAINTIFF

V.                                            2:06CV00021-WRW/HDY

HIPOLITO MATOS                                                                                        DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendant's motion for summary judgment (docket entry #30) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

DATED this 27th day of November, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE