**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CARLOS UMBERTO GOMEZ TORRES
REG. #39925-180                                                                                           PLAINTIFF

V.                                           2:06CV00021-WRW/HDY

HIPOLITO MATOS                                                                                          DEFENDANT

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 27th day of November, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE